UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                                                    :
ANCHOR SALES & MARKETING, INC.,                                     :   15-cv-4442 (RA)
                                                                    :
                *Plaintiff*,                                           :
                                                                    :
                - against -                                           :   **NOTICE OF MOTION**
                                                                    :
RICHLOOM FABRICS GROUP, INC.,                                       :
                                                                    :
                *Defendant.*                                          :
                                                                    :
------------------------------------------------------------------- x

      **PLEASE TAKE NOTICE** that upon the Memorandum of Law in support hereof dated August 7, 2015 (the "Memo of Law"), the Declaration of Gerard F. Diebner, dated August 5, 2015, the Exhibits annexed thereto, and all prior pleadings and proceedings had herein, Defendant Richloom Fabrics Group, Inc. will move this Court before the Honorable Ronnie Abrams, at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York 10007 in Courtroom 1506, at a date and time to be determined by the Court for an Order pursuant to Fed. R. Civ. P. 12 dismissing the Complaint, or, in the alternative granting Defendant's motion for a more definite statement, on the grounds, and for the reasons, set forth in the Memo of Law.

Dated:  New York, New York
           August 7, 2015

                                      TANNENBAUM, HELPERN, SYRACUSE
                                      & HIRSCHTRITT LLP

                                      By   s/L. Donald Prutzman
                                      L. Donald Prutzman
                                      Gerard F. Diebner
                                      900 Third Avenue
                                      New York, New York 10022
                                      (212) 508-6700
                                        *Attorneys for Defendant*