```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: AUG 2 1 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANCHOR SALES & MARKETING, INC.,

           Plaintiff,

           v.

RICHLOOM FABRICS GROUP, INC.,

           Defendant.

No. 15-CV-4442 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

As discussed at the conference earlier today, the parties shall adhere to the following schedule:

- Plaintiff shall file an amended complaint no later than August 28, 2015;
- Defendant shall file a response no later than September 18, 2015;
- If Defendant responds by motion, then Plaintiff shall file an opposition no later than October 2, 2015. Defendant shall file a reply, if any, by October 9, 2015.

Additionally, Plaintiff shall provide to Defendant the disclosures required by Local Patent Rule 6 by September 8, 2015. The parties shall submit a joint letter no later than September 11, 2015 indicating whether a referral to Magistrate Judge Fox for a settlement conference would be productive.

SO ORDERED.

Dated:    August 21, 2015
             New York, New York

                                          Ronnie Abrams
                                          United States District Judge