LAW OFFICES OF JAMES W. BADIE
520 White Plains Road, Suite 500
Tarrytown, New York 10591


TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP
900 Third Avenue
New York, New York  10022


September 10, 2015

<u>VIA ECF</u>

The Honorable Ronnie Abrams
United States District Judge
United States Court House
40 Foley Square
New York, New York  10022

  Re:  *Anchor Sales & Marketing, Inc. v. Richloom Fabrics Group, Inc.,*
    15 Civ. 4442 (RA)

Dear Judge Abrams:

  Counsel for the parties submit this joint letter pursuant to the Court's August 21, 2015 Order.  We wish to advise the Court that the parties are not in agreement that a referral to magistrate Judge Fox for a settlement conference would be productive at this time.

              Respectfully submitted,

              <u>s/ James W. Badie__</u>
              James W. Badie
              Counsel for Plaintiff

              <u>s/L. Donald Prutzman</u>
              L. Donald Prutzman
              Counsel for Defendant