UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

ANCHOR SALES & MARKETING, INC.,

        *Plaintiff,*

- v. -

RICHLOOM FABRICS GROUP, INC.,
        *Defendant.*

---------------------------------------------------------------------- x

Civil Action No. 7:15-cv-04442(RA)

## DECLARATION OF GERARD F. DIEBNER

I, GERARD F. DIEBNER, declare as follows:

1. I am an attorney registered to practice in the State of New York. I am co-counsel for Defendant Richloom Fabrics Group, Inc. herein and I am fully familiar with the facts and circumstances of this case.

2. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 7,213, 633 (the "'633 Patent").

3. Attached hereto as Exhibit B is a true and correct copy of the patent application which issued as the '633 Patent. This application was fined as Serial No. 10/880,475 (the "'475 Application").

4. Attached hereto as Exhibit C is a true and correct copy of a first Office Action which issued during the prosecution of the '475 Application.

5. Attached hereto as Exhibit D is a true and correct copy of a Response filed in response to the first Office Action (Exhibit C).

6. Attached hereto as Exhibit E is a true and correct copy of a Notice of Allowance for the '475 Application.

1

961735

I declare under the penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: September 17, 2015

Gerard F. Diebner
Tannenbaum, Helpern, Syracuse &
Hirschtritt LLP
900 Third Avenue
New York, New York 10022
(212) 508-6700