# James W. Badie
## LAW OFFICES

520 WHITE PLAINS ROAD
SUITE 500
TARRYTOWN, NY 10591
TELEPHONE: (914) 467-7882 , (914) 467-7883
FAX: (914) 206-3987
EMAIL:BADIELAW@ATT.NET

September 28, 2015

**VIA ECF**

Hon. Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square, Room 2203
New York, NY 10007

Re: Anchor Sales & Marketing, Inc. v. Richloom Fabrics Group, Inc.
Case No. 15-CV-4442 (CS)

Dear Judge Abrams:

In accordance with your Individual Rules & Practices in Civil Cases regarding Motions to Dismiss, Plaintiff does not intend to amend its Complaint and will rely on the Amended Complaint which is being attacked by the Defendant.

Plaintiff will file its opposition to Defendant's pending motion in accordance with the Federal and Local Rules.

Thank you for your consideration in this matter.

Respectfully submitted,

James W. Badie

JWB/ns

cc: Donald Prutzman, Esq.