UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------X
ANCHOR SALES & MARKETING, INC., :
:
                          Plaintiff, :      Civil Action No. 15-CV-04442 (RA)
v. :
:
RICHLOOM FABRICS GROUP, INC., :      **PLAINTIFF'S OPPOSITION**
:      **TO DEFENDANT'S MOTION**
                        Defendant. :
-----------------------------------------------X

      **PLEASE TAKE NOTICE**, that upon the Affidavit of Frank G. Petronzio, dated September 30 2015, Plaintiff's Memorandum of Law dated September 30, 2015, and all pleadings and proceedings heretofore had herein, and the Exhibits attached thereto, Plaintiff opposes Defendant's Motion to Dismiss the Amended Complaint pursuant to Fed.R.Civ.P.12 or, in the alternative, pursuant to Fed.R.Civ.P. 56 for summary judgment in favor of the Defendant.

                                                      LAW OFFICES OF JAMES W. BADIE

Dated: September 30, 2015                          /s/ *James W. Badie*
                                                      James W. Badie #6961
                                                      Attorney for Plaintiff
                                                      520 White Plains Road, Suite 500
                                                      Tarrytown, New York 10591
                                                      Telephone: (914) 467-7882
                                                      Facsimile: (914) 206-3987
                                                      Email: badielaw@att.net

TO:    L. Donald Prutzman, Esq.
          Gerard F Diebner, Esq.
          Tannenbaum, Helpern, Syracuse & Hirschtritt, LLP
          900 Third Avenue
          New York, New York  10022-4775
          Telephone: (212) 508-6700

1